FILED

12/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0522

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0522

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

SEAN OWENS SHAMBLIN,

      Defendant and Appellant.

## ORDER

Upon consideration of the State's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including February 4, 2025, within which to prepare, serve, and file its response brief.

**CLG**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 30 2024